No. 876. MANN v. VERMONT EDUCATIONAL BUILDINGS FINANCING AGENCY. Appeal from Sup. Ct. Vt. Motion of College of Saint Joseph the Provider for leave to file brief as *amicus curiae* granted. Further consideration of question of jurisdiction in this case postponed to hearing of case on the merits. Parties are directed to express their views as to whether there is presented a genuine case or controversy. *Neil J. Cohen* for appellant. *Chester S. Ketcham* for appellee. *Edward Bennett Williams* and *Charles Ryan* on the motion.

No. 909, Misc. SIMMONS ET UX. v. WEST HAVEN HOUSING AUTHORITY. Appeal from App. Div., Cir. Ct. Conn. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Francis X. Dineen* for appellants. *John J. Philbin, Dennis J. Donahue, Jr.,* and *Louis Smith Votto* for appellee.

No. 1024. UNITED STATES v. WHITE. C. A. 7th Cir. Certiorari granted. *Solicitor General Griswold* for the United States. *Morris A. Shenker* for respondent.

No. 1079. BAIRD v. STATE BAR OF ARIZONA. Sup. Ct. Ariz. Certiorari granted. *John P. Frank* for petitioner. *Mark Wilmer* for respondent.

No. 691, Misc. HESTER v. ILLINOIS. Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Marshall Kaplan* for petitioner. *William J. Scott,* Attorney General of Illinois, and *John J. O'Toole,* Assistant Attorney General, for respondent.